# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARLTON WHITE,                      )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    1:10CV728
                                    )
BARRY SNYDER,                       )
                                    )
            Defendant.              )

## ORDER

On September 22, 2010, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Plaintiff filed objections and a supplement to the objections within the time limit prescribed by Section 636. (Docs. 4, 5.)

The Court has reviewed Plaintiff's objections de novo and finds they do not change the substance of the United States Magistrate Judge's Recommendation which is affirmed and adopted.

**IT IS THEREFORE ORDERED** that this case is dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.


_William L. Osteen, Jr._
_____
**United States District Judge**

December 27, 2010